IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STATE OF WISCONSIN
DEPARTMENT OF WORKFORCE
DEVELOPMENT, DIVISION OF
VOCATIONAL REHABILITATION,

   Plaintiff,

v.

UNITED STATES DEPARTMENT
OF EDUCATION, MARGARET
SPELLINGS, in her official capacity as
Secretary of the United States
Department of Education, and JANET
DICKEY,

   Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-011-bbc

---

  This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

  IT IS ORDERED AND ADJUDGED that judgment is entered AFFIRMING the arbitration panel's decision that plaintiff State of Wisconsin Department of Workforce Development, Division of Vocational Rehabilitation, violated the Randolph-Sheppard Act and Wis. Stat. § 47.03(4) by failing to properly supervise the Fort McCoy full food service contract in all respects except with respect to its decision that plaintiff owes defendant Janet Dickey $225,000.00 in compensatory damages, which decision is REVERSED.

_Peter Oppeneer_
Peter Oppeneer, Clerk of Court

NOV - 6 2009
Date