IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

STATE OF WISCONSIN DEPARTMENT
OF WORKFORCE DEVELOPMENT,
DIVISION OF VOCATIONAL
REHABILITATION,

      Plaintiff,

v.

UNITED STATES DEPARTMENT OF
EDUCATION, MARGARET SPELLINGS, in
her official capacity as Secretary of the
United States Department of Education, and
JANET DICKEY,

      Defendants.

AMENDED JUDGMENT
IN A CIVIL CASE

Case No. 09-cv-11-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered AFFIRMING the arbitration panel's decision with respect to its decision that plaintiff State of Wisconsin Department of Workforce Development, Division of Vocational Rehabilitation, violated the Randolph-Sheppard Act, 20 U.S.C. § 107-107f, and Wis. Stat. § 47.03(4) by failing to supervise the Fort McCoy full food service contract and must help defendant Janet Dickey in developing, expanding, and upgrading her present facility.

    IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered REVERSING the arbitration panel's decision with respect to its decision that plaintiff owes defendant Dickey $225,000 in compensatory damages.

_/s/ Peter Oppeneer_  
Peter Oppeneer, Clerk of Court

_11-20-2009_  
Date